FILED
 2006 Jun-30 AM 10:32
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| AVEN COTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 4:05-cv-01351-RBP-PWG |
| ) | |
| DONAL CAMPBELL, *et al*., ) | |
| ) | |
| Defendants. ) | |

ORDER

The magistrate judge filed a report and recommendation on May 31, 2006, recommending that all claims in this action, except the retaliation claim against Sgt. Earl Pickett based upon the April 21, 2005 incident, be dismissed for failing to state a claim upon which relief can be granted. It was further recommended that the remaining claim be referred to the magistrate judge for further proceedings. The plaintiff filed objections to the report on June 16, 2006. (Doc. #20).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED, ADJUDGED, and DECREED that all of the plaintiff's claims in this action, except the retaliation claim against Sgt. Earl Pickett based upon the April 21, 2005 incident, are DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1). It is further ORDERED that the remaining claim against Sgt. Pickett is REFERRED to the magistrate judge for further proceedings.

DATED this 30th day of June, 2006.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**